UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**William Arthur Goldstein**
5480 Claire Rose Lane
Atlanta, GA 30327

**xxx–xx–1789**

Case No.: **11–81255–mgd**
Chapter: **7**
Judge: **Mary Grace Diehl**

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** that the debtor is granted a discharge under § 727 of title 11, United States Code, (the Bankruptcy Code).

_Mary Grace Diehl_
Mary Grace Diehl
United States Bankruptcy Judge

Dated:  July 21, 2014

Form 7do

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 7do continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

```
                             United States Bankruptcy Court
                              Northern District of Georgia

In re:                                                           Case No. 11-81255-mgd
William Arthur Goldstein                                         Chapter 7
       Debtor
                               CERTIFICATE OF NOTICE
District/off: 113E-9           User: pricev                Page 1 of 3                  Date Rcvd: Jul 21, 2014
                               Form ID: 7do                Total Noticed: 127


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2014.
db            +William Arthur Goldstein,    5480 Claire Rose Lane,    Atlanta, GA 30327-4847
aty           +Barbara Ann Cole,    Barbara Cole, Attorney at Law, LLC,    380 Green St., NE,
                Gainesville, GA 30501-3372
cr            +Saxon Mortgage Services, Inc.,    Aldridge Connors LLP,    780 Johnson Ferry Road,   Suite 600,
                Atlanta, GA 30342-1439
15704762       Adrian M. Steinwedel,   2004 Pacifica Drive,    Cupertino, CA 95014
15704764     #+Allen Joers,   7901 W. Evergreen Rd.,    Mequon,WI 53097-3009
15704765      +Arnold Tishfield,   15 Empress Court,    Freehold, NJ 07728-4303
15704766      +Arthur Rickey,   300 Scenic Drive,    Aberdeen, MD 21001-1129
15141421      +Bank Of America,   PO Box 650070,   Dallas, TX 75265-0070
15704767       Barry Cornish,   760 Carrier Street,    Kamloops, BC Canada V2H10
15704768      +Barton Smith,   1103 W. Windsor Drive,    Marion, IN 46952-2615
15289018      +Benjamin Rafter,   16741 32nd Ave Sw,    Burien, WA 98166-3105
15704769      +Bob Rotigan,   1042 Butternut Lane,    Lacresent, MN 55947-4375
15141423       Branch Banking & Trust Company,    P. O Box 200, W. Second St.,   Winston-Salem, NC 27101
15704770      +Bruce A. Smith,   214 W. Glendale Rd.,    Oskaloosa, IA 52577-1723
15704771      +Bruno Heck,   7257 Irondale Ave.,    Winnetka, CA 91306-2713
15704772      +Charles Helsley,   2432 Halenboro Place,    Honolulu, HI 96816-3406
15289021       Children's Healthcare of Atlanta,    P.O. Box 3475,   Toledo, OH 43607-0475
15704774      +Dale K. Reiman,   11936 Ridgeview Lane,    Parker, CO 80138-7139
15704775      +Dale Sorehsen,   1339 Cana Lane,   Fallbrook, CA 92028-4438
15704776       Dan Volkman,   16606 410th St., SW,    Fertile, MN 56540
15704777      +Daniel Murry Cheston IV,   12913 Buoy Way,    Lusby, MD 20657-4158
15704778       David Huser,   2945 15th Ave, E.,    Prince Albert, SK Canada S6V7T7
15704779      +David Reeder,   8811 Park Street, #47,    Bellflower, CA 90706-8803
15704780       David Scheibet,   32554 County Rd., #4,    Bird Island, MN 55310
15704781      +Davis Harrington,   8108 Moonstone Cir.,    Las Vegas, NV 89128-7733
15704782      +Dean Crawford,   255 4000 Rd.,   Coffeyville, KS 67337-7734
15704783      +Don D. Schrag,   1319 E. Union Ave.,    Fullerton, CA 92831-3327
15704784      +Don Vandendriessche,   2055 US Hwy 59,    Marshall, MN 56258-5211
15289022      +Donald M and Sharon Williams,    5504 A, Atlantic Ave.,    Virginia Beach, VA 23451-2233
15704785      +Donald W. Cragun,   1767 Clarence Court,    San Jose, CA 95124-1201
15289023      +Douglas Berman,   1450 Brickell Ave 31st Floor,    Miami, FL 33131-3460
15289025       Dr. Aid Siddiqui,   192 3 South Utica Avenue,    Tulsa, OK 74104-6520
15289024      +Dr. Alec Jaret,   25 Needham Street,    Newton, MA 02461-1615
15704786      +Earl C. Brewer Jr.,   221 Ivy Lane,    Wilkesboro, NC 28697-7431
15704787      +Edgar Braun,   114 Arbor Court,    Tinton Falls, NJ 07753-7759
15704788      +Edward G Holmes,   1111 Shadle Ave.,    Campbell, CA 95008-5923
15704789      +Frank K. Crooks,   5102 Indian Trail Ct.,    Collerville, TX 76034-3099
15704790      +Fred H. Tumlin,   753 Riverview Lane,    Winder; GA 30680-3144
15704791      +Gale Vradenburg,   835 Red Apple Rd,,    Wenatchee, WA 98801-3679
15704792       Gary Wallace,   33691 Road KK,    La junta, CO 81050
15704793      +Geoffrey Gangel,   76 Counrty Road 25,    Narrowsburg, NY 12764-6208
15704794      +Gerald Modesitt,   600 E. Springhill Dr.,    Terre Haute, IN 47802-4449
15289028     #+Glen And Joan -Hammer,   140 Habersham Waters Court,    Atlanta, GA 30350-4605
15289030     #+Glen Hammer,   140 Habersham Waters Court,    Atlanta, GA 30350-4605
15704795      +Gordon L. Overbey,   39 Madeline Court,    Fairfield Glade, TN 38558-2761
15289031      +Greenberg Traurig,   3290 Northside Drive Suite 400,    Atlanta, GA 30327-2268
15704796       Gregory Rise,   828 4th Ave. SW,    Perham,MN 56573
15704797      +Harold Wake,   10130 Oakwood Circle,    Carmel, CA 93923-8004
15704798      +Hershel Mims,   506 S. Elm Street,    Arlington, TX 76010-1664
15704799      +Jack Love,   204 Waverly Ave.,    Kenmore, NY 14217-1056
15704800      +James A. O'Donnell,   20 Andrew Drive,    Pembroke, MA 02359-3112
15704801      +James K. Rabb,   12646 N. 16th Drive,    Phoenix, AZ 85029-2803
15704802      +James Mullins,   82 Ashley Rd.,    Stuarts Draft, VA 24477-2967
15704803      +James P. Keenan,   33254 Crystal Springs Rd.,    Grand Rapids, MN 55744-5165
15704804      +James S. Swigert,   1421 Callis Creek Rd.,    Callis, ID 83226-4760
15289033      +Jay Rein,   4501 Chartley Circle Ne,   Roswell, GA 30075-6130
15289034       John Dean,   32OS Summer View Drive,   Alpharetta,, GA  30022
15704805      +John F. Ambrecht,   3866 W. Hemlock Street,    Oxnard, CA 93035-2932
15704806      +John Welch,   250 Arrow Leaf Drive,    Lewisville, NC 27023-9507
15704807      +Jon Volger,   2646 South Loop West,    Suite 550,   Hoston, TX 77054-5614
15289035      +Jouko J. Rissanen,   2660 Peachtree Rd Nw,    Atlanta, GA 30305-3673
15289036      +Kevin Blase & Gary Blase,    C/O Lawrence A Rosenbloom,    5855 Sandy Springs Circle Suite 150,
                Atlanta, GA 30328-6276
15704808      +Kevin Ebersole,   1302 Weavertown Rd.,    Lebanon, PA 17046-2273
15289037      +Konstantih Derenstein,    P.O.box 680701,   Marietta, GA 30068-0012
15704809      +Kris Chakravarthi,   2304 Sage Lane,    Bedford, TX 76021-3625
15289038      +Leon Goldstein,   3363 N.E. 163rd Street Suite 705,    North Miami Beach, FL 33160-4436
15704811      +Lyndon H. Nordaune,   614 5th St., SE,    Glenwood, MN 56334-1859
15289039      +Marc Bercoon,   5170 Brooke Farm Dr.,    Atlanta, GA 30338-3178
15704813      +Maxwell G. Levy,   211 West 80th Street,    Suite 4AD,   New York, NY 10024-7029
15704814     #+Melvin Nace,   5639 Porcher Drive A,    Myrtle Beach, SC 29577-2308
```

```
District/off: 113E-9              User: pricev              Page 2 of 3              Date Rcvd: Jul 21, 2014
                                  Form ID: 7do              Total Noticed: 127

15289041     +Merchant Capital Services, Inc,   3363 N.e. 163rd Street Suite 705,
               North Miami Beach, FL 33160-4436
15704815     +Michael D. Kadolph,   4495 East Arapahoe Place,   Centennial, CO 80122-2111
15704817     +Nichil Vachhani,   4 Stiles Court,   South Windsor, CT 06074-6900
15704818     +Obert Aaberg,   33316 Co. Hwy 11,   Rothsay, MN 56579-9335
15289043     +Oleg Firer,   3363 N.e. 163rd Street Suite 705,   North Miami Beach, FL 33160-4436
15704819     +Oscar W. Dabney III,   406 Antietam,   Victoria, TX 77904-2421
15704820     +Paul J. Sprosty,   633 Keller Parkway,   Little Canada, MN 55117-1242
15704821     +Paul Jacober,   25342 Barents,   Laguna, Hills, CA 92653-5204
15289044    #+Peter Veugeler,   11324 Bridgehouse Road,   Windermere, FL 34786-5405
15289045      Ray Alyssa Rothman,   PO Box 76611,   Atlanta, GA 30358-1611
15704822     +Rich Rupley,   21432 99th Ave., South,   Kent, OH 98031-2004
15704823     +Richard A. Matthews,   1286 Rppery Street,   El Cajon,CA 92020-1756
15704824     +Rick EmsWiler,   2729 Kraft Lane,   Missouri Valley, IA 51555-8098
15704825     +Rob Terrel,   3689, Glendon Avenue, #5,   Los Angeles, CA 90034-6225
15704826     +Robert A. Mahan,   300 Brosnan Court,   San Francisco, CA 94080-7216
15704827     +Robert Katz,   11457 SW. 84th Ln.,   Miami, FL 33173-4241
15289046      Robert Rissanen,   24115 -Garfield Street,   Denver, CO 80210
15704829     +Sam T. Wildorfsky,   5100 Urbana Rd.,   Springfield, OH 45502-9277
15289047     +Saxton,   4708 Mercantile Drive North,   Fort Worth, tx 76137-3605
15289049     +Smith Gambrell And Russell, LLP,   1230 Peachtree St Ne,   Atlanta, GA 30309-3592
15289048     +Snarl F. Graber,   2300 Sand Dollar Ct,   Virginia Beach, VA 23451-1235
15704830     +Sol Ripstein,   660 Church Ave.,   Woodmere, NY 11598-2736
15704831     +Stanley H Rosen,   3029 Highland Falls Dr.,   Las Vegas, NV 89134-7453
15704832     +Steve Andrews,   8130 Sawback Trail,   Colorado Springs, CO 80919-4527
15704833     +Sunil Singh,   9320 Ester St.,   Cypress, CA 90630-2801
15289052     +The Physicians Pain and Rehab,   P,0'. Box 116045,   Atlanta, GA 30368-6045
15704834     +The Rabbi Harry H. Epstein School, Inc.,   335 Colewood Way, NW,   Sandy Springs, GA 30328-2956
15704835      Tom Barton,   100 Nason,   El Jebel, CO 81623
15704836     +Tom Gerfen,   370 Grand Ave.,   Monrovia, CA 91016-2332
15704837     +Tony Franklin,   1637 Horney road,   Newland, NC 28657-8556
15141424      Towne Bank,   Harbour View Financial Center,   #100,   5806 Harbour View Blvd.,
               Suffolk, VA 23435-3496
15704838     +Tracy Biazo,   24380 Grandview Ave.,   Colfax, CA 95713-9248
15141425     +United Leasing Corp,   9205 Atlee Branch Lane,   Mechanicsville, VA 23116-2538
15289057     +VFS Fianancing,   GE Capital, Corporate Finance,   10 Riverview Drive,   Danbury, CT 06810-6268
15289056     +Value Recovery Group,   919 Old Henderson Road,   Columbus, OH 43220-3722
15289058     +WSbic Ventures , L..P. Et Al,,   C/o Latham. & Wa,   885 Third Avenue,   New York, NY 10022-4834
15289059     +Weinstock And Scavo,   3405 Piedmont Road,   Atlanta,. GA 30305-1728
15289061     +William And Agie Bryant,   7755 Bennett Road,   Wyncote, PA 19095-2301
15704840     +William G Angel,   41643 Kingston Jordan Rd.,   Stayton, OR 97383-9720
15289062     +William Galtney Cedar Equities,   820 Gessner Road #1000,   Houston/ TX 77024-4470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           EDI: BL-BECKET.COM Jul 21 2014 20:38:00    Gilbert B. Weisman,   Becket & Lee LLP,
               16 General Warren Blvd.,   P. O. Box 3001,   Malvern, PA 19355-0701
aty          +EDI: QNCGORDON.COM Jul 21 2014 20:38:00    Neil C. Gordon,   Arnall Golden Gregory LLP,
               Suite 2100,   171 17th Street, NW,   Atlanta, GA 30363-1031
aty          +E-mail/Text: shayna@steinfeldlaw.com Jul 21 2014 21:17:49    Shayna M. Steinfeld,
               Steinfeld & Steinfeld,   P.O. Box 49446,   Atlanta, GA 30359-1446
tr           +EDI: QNCGORDON.COM Jul 21 2014 20:38:00    Neil C. Gordon,   Arnall, Golden & Gregory, LLP,
               Suite 2100,   171 17th Street, NW,   Atlanta, GA 30363-1031
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 21 2014 21:17:22
               Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
15289013     +EDI: GMACFS.COM Jul 21 2014 20:38:00    Ally,   P.O.box 380902,   Bloomington, MN 55438-0902
15289014     +EDI: AMEREXPR.COM Jul 21 2014 20:38:00    American Express,   P.O. Box 650448,
               Dallas, TX 75265-0448
15183753      EDI: BECKLEE.COM Jul 21 2014 20:38:00    American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
15289019      E-mail/Text: bankruptcy@bbandt.com Jul 21 2014 21:16:49    Branch Banking & Trust Company,
               Post Office 200 West Second Street,   Winston-Salem, NC 27101
15289017     +EDI: BANKAMER.COM Jul 21 2014 20:38:00    Bank Of America,   P.O.Box 851001,
               Dallas, TX 75285-1001
15289020     +EDI: CAPITALONE.COM Jul 21 2014 20:38:00    Capital One,   P.O.Box 302 81,
               Salt Lake City, UT 84130-0281
15289026     +E-mail/Text: manager@ebcollc.com Jul 21 2014 21:17:59    Ebco, LLC,   3500 South Dupont Highway,
               Dover; DE 19901-6041
15289027      E-mail/Text: bknotice@erccollections.com Jul 21 2014 21:17:42    Enhanced Recovery Co. LLC,
               8014 Bayberry Rd.,   Jacksonville,: FL 32256-7412
15289042     +E-mail/Text: info@nelsonwatson.com Jul 21 2014 21:18:09    Nelson Watson & Associates, Lie,
               80 Merrimack Street Lower Level,   Haverhill, ma 01830-5211
15289051     +E-mail/Text: jballard@sfscapital.com Jul 21 2014 21:18:20    Strategic Funding Source, Inc,
               Jennifer Ballard, Esq.,   1501 Broadway, Suite 360,   New York, NY 10036-5501
15289054     +E-mail/Text: LAROBankruptcy@SEC.gov Jul 21 2014 21:17:38    U.S. Securities Exchange Commission,
               5670 Wilshire Blvd 11th Floor,   Los Angeles, CA 90036-5627
15289060     +EDI: WFFC.COM Jul 21 2014 20:38:00    Wells Fargo Bank,   P.O.Box 6995,
               Portland, OR 97228-6995
                                                                                              TOTAL: 17
```

```
District/off: 113E-9            User: pricev              Page 3 of 3               Date Rcvd: Jul 21, 2014
                                Form ID: 7do              Total Noticed: 127


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Arnall Golden Gregory LLP
cr*             American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
cr*            +The Rabbi Harry H. Epstein School, Inc.,    335 Colewood Way, NW,    Sandy Springs, GA 30328-2956
15289015*      +Bank Of America,    P.O. Box 650070,    Dallas, TX 75265-0070
15289016*      +Bank Of America,    P.O. Box 650070,    Dallas, TX 75265-0070
15141422*      +Bank Of America,    PO Box 650070,    Dallas, TX 75265-0070
15289029*      +Glen And Joan Hammer,    140 Habersham Waters Court,    Atlanta, GA 30350-4605
15289053*       Towne Bank,    Harbour View Financial Center,    #100,    5806 Harbour View Blvd.,
                 Suffolk, VA 23435-3496
15141426*      +United Leasing Corp,    9205 Atlee Branch Lane,    Mechanicsville, VA 23116-2538
15289055*      +United Leasing Corp,    9205 Atlee Branch Lane,    Mechanicsville, VA 23116-2538
15704763      ##+Alan M. Fisher,    3670 Homeland Drive,    Los Angeles, CA 90008-4920
15704773      ##+Chris Rolfe,    32 Queen Ave., S.,    Minneapolis, MN 55405-1923
15289032      ##+Harold Marc Rosenberg,    62 Elan Ct,    Alpharetta, GA 30022-1815
15704810      ##+Luis A. Santos,    1010 Seminole Drive, # 804,    Fourt Lauderdale, FL 33304-3219
15704812      ##+Mark Spaulding,    2434 Indian Mound,    Norwood, OH 45212-1713
15704816      ##+Mike Smith,    1711 Jefferson Ave.,    Maryville, TN 37804-2983
15704828      ##+Robert M Cohen,    246 W. Scott Ave.,    Gilbert, AZ 85233-3314
15289050      ##+Steve Giachello,    10185 Collins Road #1112,    Bal Harbour, FL 33154-1632
15704839      ##+William Coburn,    453 Moondance,    Thousand Oaks, CA 91360-1210
                                                                                              TOTALS: 1, * 9, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
              Barbara Ann Cole    on behalf of Debtor William Arthur Goldstein bcoleattorney@gmail.com
              Barbara Ann Cole    on behalf of Defendant William Arthur Goldstein bcoleattorney@gmail.com
              Daniel J. Merrett    on behalf of Plaintiff   The Rabbi Harry H. Epstein School, Inc.
               dmerrett@jonesday.com
              Gilbert B. Weisman     on behalf of Creditor   American Express Centurion Bank
               notices@becket-lee.com
              John D. Schlotter    on behalf of Creditor   Saxon Mortgage Services, Inc. ecfmail@aclawllp.com
              Neil C. Gordon    on behalf of Trustee Neil C. Gordon angela.ford@agg.com,
               carol.stewart@agg.com;becky.wilkes@agg.com
              Neil C. Gordon     angela.ford@agg.com,
               carol.stewart@agg.com;becky.wilkes@agg.com;ngordon@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Richard H. Siegel    on behalf of Creditor   BANK OF AMERICA, N.A., BY SAXON MORTGAGE SERVICES,
               INC., ITS SERVICING AGENT ecfmail@aclawllp.com
              Shayna M. Steinfeld    on behalf of Creditor Ray Alyssa Rothman shayna@steinfeldlaw.com
              Whitney R. Travis    on behalf of Plaintiff Neil C. Gordon becky.wilkes@agg.com;angela.ford@agg.com
                                                                                               TOTAL: 11
```